UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mariana Cruz, | : :  |
| Plaintiff, | : Civil Action No.: 1:11-cv-02045-CCC : : : |
| v. | : : |
| Asset Acquisition Group, LLC; and DOES 1-10, inclusive, | : : : |
| Defendant. | : : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

Mariana Cruz ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 9, 2012

Respectfully submitted,

PLAINTIFF, Mariana Cruz

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on May 9, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By  /s/ Jody B. Burton_____

                                                 Jody B. Burton